# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Mehbub S. Kapaida and Seema M. Kapaida, | ) | Chapter 13 |
| | ) | Case no: 17-36432 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | |
| Mehbub S. Kapaida and Seema M. Kapaida, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Case No: 20 A 168 |
| Vs. | ) | |
| | ) | |
| JPMorgan Chase Bank, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   **Susan Overbey**, Burke Warren MacKay Serritella, P.C., 330 N. Wabash, Ste. 2100 Chicago, IL 60611 (Via ECF Electronic Delivery)

PLEASE TAKE NOTICE that on July 27, 2020, at 9:00 a.m., I will appear before the Honorable Judge Jacqueline P. Cox, or any judge sitting in that judge's place, and present the motion of **DEBTORS' MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO LOWER PLAN BASE**, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

> BY:   S/ PAUL M. BACH
> BACH LAW OFFICES, INC.
> P.O. BOX 1285
> NORTHBROOK, ILLINOIS 60062
> PHONE:  (847) 564 0808
> ATTORNEY NO: 6209530

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Mehbub S. Kapaida and Seema M. Kapaida, | ) | Chapter 13 |
| | ) | Case no: 17-36432 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | |
| Mehbub S. Kapaida and Seema M. Kapaida, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Case No: 20 A 168 |
| Vs. | ) | |
| | ) | |
| JPMorgan Chase Bank, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION TO SET PRE TRIAL MEDIATION/SETTLEMENT CONFERENCE
BEFORE ANOTHER BANKRUPTCY JUDGE

   NOW COMES the Plaintiffs, Mehbub S. Kapaida and Seema M. Kapaida, ("Debtor"), by and through their attorneys, Paul M. Bach and Penelope N. Bach of Bach Law Offices, Inc., and moves the Court to set a Settlement Conference/Mediation before another Bankruptcy Judge, and in support thereof states as follows:

1. On April 30, 2020, the Debtor filed a voluntary petition pursuant to Chapter 13 of Title 11, United States Code.

2. That this Adversary Proceeding is a dispute between the Debtors in the underlying case and the lender for their residence about the amount needed to payoff the loan and this case. The Plaintiffs are specifically disputing how the Defendant accounted for payments by the Chapter Trustee.

3. The parties have discussed this matter and believe that mediation or a settlement conference may be helpful in resolving the matters in dispute.

4. The parties are aware of procedures in this Court for another Bankruptcy Judge to agree to hold a Settlement Conference/Mediation.

5. The parties ask for these procedures in this case if the Court is so willing.

WHEREFORE, Debtors, Mehbub S. Kapaida and Seema M. Kapaida, prays this Honorable Court for the following relief:

A. Refer this matter to another Bankruptcy Judge for a Settlement Conference/Mediation; and
B. For such other and further relief this Court deems just and proper.

Respectively Submitted,
Mehbub S. Kapaida and Seema M. Kapaida

DATED THIS THE 13TH DAY OF JULY, 2020.

BY: /S/ PAUL M. BACH
BACH LAW OFFICES, INC.
P.O. BOX 1285
NORTHBROOK, IL 60062
PHONE: (847) 564 - 0808